**No. 41606.**—Protest 948919–G of China Dry Goods Co. (San Francisco).

Opinion by McClelland, P. J. It was stipulated that the merchandise is in chief value of iron. It is obvious that it does not simulate to any degree a natural flower. The claim at 45 percent under paragraph 397 was therefore sustained. Abstract 37003 cited.